Certificate Number: 01267-ILN-DE-002913647

Bankruptcy Case Number: 07-18205

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on November 24, 2007, at 1:11 o'clock PM CST, Mark H Rintz completed a course on personal financial management given by internet and telephone by Money Management International, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: November 24, 2007

By /s/Ana Moreno

Name Ana Moreno

Title Counselor I