Certificate Number: 01267-ILN-DE-002913646

Bankruptcy Case Number: 07-18205

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on November 24, 2007, at 1:11 o'clock PM CST,

Melissa M Rintz completed a course on personal financial

management given by internet and telephone by

Money Management International, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Northern District of Illinois.


Date: November 24, 2007        By     /s/Ana Moreno

                               Name  Ana Moreno

                               Title Counselor I